

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2015

No. 04-13-00529-CV

**SCHUHARDT CONSULTING PROFIT SHARING PLAN,**
Appellant/Cross-Appellee

v.

**DOUBLE KNOBS MOUNTAIN RANCH, INC.,**
Appellee/Cross-Appellant,

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2011-09-28311-CV-B
Honorable Mickey R. Pennington, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court